IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ROBERT PHILPOTT                                                                                          PLAINTIFF

v.                                              Case No. 2:11-CV-02101

THE SEBASTIAN COUNTY COURTHOUSE;
and EMPLOYEES OF THE SEBASTIAN
COUNTY COURTHOUSE                                                                             DEFENDANTS

**O R D E R**

On this 6th day of September 2011, there comes on for consideration the Report and Recommendations (Doc. 10) filed in this case on July 15, 2011, by the Honorable James R. Marschewski, United States Magistrate for the Western District of Arkansas. More than fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: The Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendations, Plaintiff's request to proceed *in forma pauperis* is **DENIED** and Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**. Furthermore, the Court finds that this case should be counted as a strike under 28 U.S.C. § 1915(g). As such, the Clerk is directed to place a § 1915(g) strike flag on the case.

IT IS SO ORDERED this 6th day of September 2011.

/s/ P. K. Holmes, III
P.K. HOLMES, III
UNITED STATES DISTRICT JUDGE